UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 08-2043 (JS) |
| v. | : | |
| WILLIAM CARNEY | : | <u>UNSEALING ORDER</u> |

This matter having come before the Court on the application of the United States of America (Matthew J. Skahill, Assistant U.S. Attorney, appearing) for an order that the Complaint issued in the above-captioned matter be unsealed; the arrest warrant for the defendant having now been executed; and for good cause shown,

IT IS ON this 20th day of **JUNE 2008**,

ORDERED that the Complaint and all other papers related to the above-captioned matter are unsealed.

_____
HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE